| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 3 min. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Corinne Lew | REPORTER/FTR FTR: 1:37 -1:40 | |
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 11/1/07 | NEW CASE ☐ | CASE NUMBER 07-mj-70564 PVT |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Guadalupe Castaneda-Negrete | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT L. Vinnard (tentatively appt'd.) | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY J. Schenk | INTERPRETER Spanish - T. Oros | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER L. Weigel | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |

| PLEA | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO: 11/5/07 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: 11:00 am | ☒ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. Patricia V. Trumbull | ☒ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| |