AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA
V.

Guadalupe Castaneda Negrete

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-00719 JF

I, _Guadalupe Castaneda Negrete_, the above named defendant, who is accused of

_illegal reentry, 8 U.S.C. § 1326_

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___11/15/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Guadalupe d___
Defendant

_Lara Winnard_
Counsel for Defendant

Before _____
Judicial Officer