UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, November 28, 2007
**Case Number:** CR-07-00719-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    UNITED STATES OF AMERICA V. GUADALUPE CASTANEDA-NEGRETE

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Guadalupe Castaneda-Negrete |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

PROCEEDINGS:

Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 12/5/07 at 9:00 a.m. for further status review.