UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, December 5, 2007
**Case Number:** CR-07-00719-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

| TITLE: | UNITED STATES OF AMERICA V. GUADALUPE CASTANEDA-NEGRETE |
|---|---|
| **PLAINTIFF** United States | **DEFENDANT** Guadalupe Castaneda-Negrete |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 9 months prison; 3 years supervised release; and $100.00 special assessment.