**Filed**

DEC 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>V.<br><br>GUADALUPE CASTANEDA-NEGRETE,<br>           Defendant.<br>_____/ | Case No. CR-07-00719-JF<br><br>SEALING ORDER PURSUANT<br>TO GENERAL ORDER 54 |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    __    Presentence Report

    _     Plea Agreement

    x     Statement of Reasons

IT IS SO ORDERED.

DATED:  December 12, 2007

                                                        JEREMY FOGEL
                                                        United States District Judge